**ADTECH, INC. OF ILLINOIS, Plaintiff–Appellant,**

v.

**James G. DAVIDSON, Defendant–Appellee,**

and

**Covol Technologies, Inc., Defendant–Appellee.**

No. 03–1010.

United States Court of Appeals, Federal Circuit.

Dec. 16, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).